IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL W. ALLAIN, as Executor of the Estate of ROBERT EARL DREHER, SR. Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>WYETH-AYERST LABORATORIES, INC.; SANDOZ PHARMACEUTICALS CORP.; NOVARTIS PHARMACEUTICALS CORP.; UPSHER-SMITH PHARMACEUTICALS, INC.,<br><br>    Defendants. | 2:14-cv-00280-KOB |

### ORDER

This matters comes before the court on the parties' "August 2014 Joint Status Report." (Doc. 17). The parties request that the court continue the stay in this case until the Alabama Supreme Court enters a certificate of judgment in *Wyeth, Inc. V. Weeks*, No. 1101397, and its decision becomes final. The court **GRANTS** the request and **STAYS** all matters in this case until the Alabama Supreme Court enters a certificate of judgment in *Wyeth, Inc. V. Weeks*, No. 1101397, and its decision becomes final. The court **ORDERS** the parties to continue to submit joint status reports every thirty days, the next to be due on or before **September 21, 2014**.

DONE and ORDERED this 22th day of August, 2014.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE